UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHER L WHITE        Case No. 4:17-cv-10595-LVP-RSW
   Plaintiff,

v.                                    Hon. Linda V Parker
                                Magistrate R. Steven Whalen

LJ ROSS ASSOCIATES, INC.,
   Defendant.
_____

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW COMES** Plaintiff Heather L. White, by and through her counsel, and pursuant to Rule 41(a)(2) requests this Honorable Court to dismiss this case prejudice.

Respectfully submitted,

/s/ Curtis C. Warner
Curtis C. Warner (P59915)
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290
cwarner@warner.legal


John A. Evancheck (P66157)
Kelley & Evanchek PC
43695 S. Michigan Ave.
Canton, MI 48188
(734) 397-4540
john@kelawpc.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HEATHER L WHITE  
    Plaintiff,

Case No.  4:17-cv-10595-LVP-RSW

v.

Hon. Linda V Parker  
Magistrate R. Steven Whalen

LJ ROSS ASSOCIATES, INC.,  
    Defendant.

_____

## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2),

**IT IS SO ORDERED**, this case is dismissed with prejudice.  The Court no longer maintains jurisdiction of this matter.

                                                  s/ Linda V. Parker  
                                                LINDA V. PARKER  
                                                U.S. DISTRICT JUDGE

Dated: August 9, 2017